IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WDH LLC,

                 Plaintiff,                 ORDER

v.

                                        10-cv-741-wmc

ROBERT SOBCZAK-SLOMCZEWSKI,

                 Defendant.

---

The court having been advised that the defendant, Robert Sobczak-Slomczewski, has filed a bankruptcy petition on April 22, 2013,

ORDER

IT IS ORDERED that the above entitled action is DISMISSED without prejudice subject to its reopening upon the completion of bankruptcy proceedings where all issues have not been rendered fully dispositive.

IT IS FURTHER ORDERED that any order to reopen shall place this case at the head of the docket for immediate judicial attention.

Entered this 31st day of May, 2013.

BY THE COURT:

William M. Conley
District Judge