IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WDH LLC,

    Plaintiff,

v.

ROBERT SOBCZAK-SLOMCZEWSKI,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-741-wmc

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered awarding actual and enhanced damages to plaintiff WDH LLC in the amount of $2,031,000.00 and postjudgment interest in the amount of $2,370.43.

Approved as to form this 5th day of October, 2016.

_____
William M. Conley
District Judge

_____
Peter Oppeneer, Clerk of Court

10/5/16
Date